# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DIANA MENDEZ

VERSUS

ARCH INSURANCE COMPANY,
PROGRESSIVE WASTE SOLUTIONS OF
LA, INC., AND DARNELL HAYES

NO.  2020 CW 0556

**SEPTEMBER 03, 2020**

---

In Re:   Arch Insurance Company, Progressive Waste Solutions of
         LA, Inc., Darnell Hayes, and Indian Harbor Insurance
         Company S/I/I to Catlin Specialty Insurance Company,
         applying for supervisory writs, 21st Judicial District
         Court, Parish of Tangipahoa, No. 2016-0002641.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED.**  The district court's June 22, 2020 judgment,
granting plaintiff/respondent, Diana Mendez's, Motion for
Protective Order, is reversed.   Defendants/relators, Arch
Insurance Company, Progressive Waste Solutions of LA, Inc.,
Darnell Hayes, and Indian Harbor Company S/I/I to Catlin
Specialty Insurance Company, established good cause for a
supplemental deposition of Dr. Lori Summers in light of the
active and ongoing treatment Dr. Summers was providing to
plaintiff at the time of, and following, her first deposition.
As such, plaintiff's Motion for Protective Order is denied;
however, we limit the subsequent deposition of Dr. Summers to
two hours.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT